MIGUEL BERNAT Y FERRER, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE MAYAGÜEZ, recurrido.

No. 846.—*Sometido:* Mayo 28, 1931. *Resuelto:* Mayo 29, 1931.

*José Sabater,* abogado del recurrente; el Registrador recurrido no. compareció.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Jaime Enseñat y Mayol, como apoderado de Lucas Antonio Bernat y Ferrer, vecino de Palma, España, vendió a don Miguel Bernat y Ferrer, vecino de Las Marías, Puerto Rico, una finca rústica de veinticinco cuerdas, más o menos, de terreno en el. barrio Espino, término municipal de Las Marías, consignándose este contrato por escritura pública otorgada en 5 de marzo de 1931 ante el notario don José Sabater y García, en Mayagüez.

Una copia de esta escritura fué presentada al Registro de la Propiedad acompañándose a la misma copia legalizada de un poder especial otorgado por don Lucas Antonio Bernat en Soller, Palma, Baleares, en 14 de enero de 1928 y ante el notario don Jaime Domenge, por el que el poderdante "confiere poder tan amplio y bastante cual en derecho se requiera y sea necesario a su hermano Miguel Bernat y Ferrer, casado, residente en Soller, y a su amigo Jaime Ense-

ñat y Mayol, soltero, residente en Las Marías (Isla de Puerto Rico), mayores de edad y comerciantes, para que así juntos, como cada uno de por sí, y en nombre y representación del otorgante, vendan por el precio y condiciones que crean conveniente, todas las fincas urbanas y rústicas que posea el otorgante en el término de Las Marías de la indicada Isla; para que compren fincas rústicas y urbanas, derechos y otros bienes, también por el precio y pactos que estimen oportunos; y para que otorguen y firmen las escrituras y otros documentos que para los objetos expresados necesarios fueren."

El Registrador de la Propiedad de Mayagüez denegó la inscripción de la venta comprendida en el referido documento expresando en su nota que el motivo de la denegación es el siguiente:

"Por cuanto la venta la efectúa el señor Enseñat a nombre del dueño de la finca Lucas Bernat y Ferrer, como apoderado, a favor de Miguel Bernat y Ferrer, quien es también apoderado del expresado dueño de la finca vendida, Lucas Bernat y Ferrer, según el poder que se ha tenido a la vista, y de acuerdo con lo que determina el No. 2 del artículo 1362 del Código Civil, dicha compraventa es nula."

El registrador tiene razón. El artículo 1362 del Código Civil dice lo siguiente:

"No podrán adquirir por compra, aunque sea en subasta pública o judicial, por sí ni por persona alguna intermedia:

"1.     *     *     *     *     *     *     *

"2. Los mandatarios, los bienes de cuya administración o enajenación estuviesen encargados."

Encargados estos apoderados de la enajenación de todas las fincas urbanas y rústicas de su poderdante, o al menos facultados para ello expresamente y por poder especial, es indudable que los dos están inclusos en la prohibición del artículo 1362, y, por consiguiente, incapacitados para comprar esos mismos bienes.

*Se confirma la nota del registrador.*